

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-14-00238-CV |
| IN RE: ANTHONY HUGH TUCK, JR., | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Anthony Hugh Tuck, Jr., has filed a petition for writ of mandamus against the Honorable Martin Muncy, Judge of the 109th District Court of Andrews County, to set aside an order holding him in contempt for failure to pay contractual alimony and to obtain life insurance. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. We conclude that Relator has failed to establish he is entitled to mandamus relief.

September 3, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)